**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-21176-BLOOM/Louis**

RAMON A. MENOSCAL,

     Plaintiff,

v.

SOBE USA LLC *d/b/a Oceans 10*
*a/k/a Ocean's Ten*, and ANTHONY
ARRIGHI,

     Defendants.
_____/

**ORDER APPROVING SETTLEMENT**
**AND DISMISSING CASE WITH PREJUDICE**

     **THIS CAUSE** is before the Court upon the Joint Motion for Approval of the Parties'

Settlement Agreement and Stipulation for Dismissal of This Case with Prejudice, ECF No. [32]

("Motion"), filed on July 16, 2020. Upon review of the record and the parties' documented basis

for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as

the prevailing party, the Court finds that settlement of this action is fair and reasonable and that

the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is **ORDERED**

**AND ADJUDGED** as follows:

    1.     The Motion, **ECF No. [32]**, is **GRANTED**.

    2.     The Settlement Agreement with General Release, ECF No. [34] ("Settlement

         Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its

         entirety.[1]

_____

[1] The Court notes the Settlement Agreement contains a confidentiality provision. *See* ECF No.
[34] at 7-9. Where the Court must approve a settlement, the agreement becomes a part of the

3.     This case is **DISMISSED WITH PREJUDICE**, and all pending motions are

**DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 16, 2020.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

judicial record and therefore may not be deemed confidential even if the parties so consent. *See Jessup v. Luther*, 277 F.3d 926, 929–30 (7th Cir. 2002) (noting that even when a settlement is entered into the court's file under seal it becomes part of the judicial record). *See also King v. Total Car Shipping & Freight, LLC*, No. 16-CV-62893, 2017 WL 7794282, at *2 (S.D. Fla. Apr. 25, 2017) (approving FLSA settlement agreement in its entirety even though it contained a confidentiality provision, and noting that because the settlement is part of the public record, it is not confidential).